# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-0319-JCM (PAL) |
| ) | |
| PARKER ENLOE, ) | |
| ) | |
| Defendant. ) | |

# ORDER OF FORFEITURE

On July 16, 2010, defendant PARKER ENLOE pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information and the Plea Memorandum. Docket #3, #5.

This Court finds that PARKER ENLOE shall pay a criminal forfeiture money judgment of $10,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from PARKER ENLOE a criminal forfeiture money judgment in the amount of
3   $10,000.00 in United States Currency.
4   DATED January 4, 2012.

          _____
          UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with a copy of the Order of Forfeiture on December 30, 2011, by the below identified method of service:

**CM/ECF**

Robert M Draskovich , Jr.
Robert M. Draskovich, Chtd.
815 S Casino Center
Las Vegas, NV 89101
Email: emagana@draskovich.com

Michael C Van
Shumway Van Chtd.
8985 S. Eastern Avenue, Suite 160
Las Vegas, NV 89123
Email: efile@shumwayvan.com
*Attorneys for Defendant: Parker Enloe*

          /s/HeidiLSkillin
          HEIDI L. SKILLIN
          Forfeiture Support Associates Clerk