☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 18 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>     v.                                               )<br>                                                          )<br>PARKER ENLOE,                            )<br>                                                          )<br>            Defendant.                      ) | 2:10-CR-319-JCM-(PAL) |

## ORDER OF FORFEITURE

This Court found on January 4, 2012, that PARKER ENLOE shall pay a criminal forfeiture money judgment of $10,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 26.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PARKER ENLOE a criminal forfeiture money judgment in the amount of $10,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 18 day of Jan., 2012.

_____
UNITED STATES DISTRICT JUDGE